# IN THE SUPREME COURT OF THE STATE OF NEVADA

ESTEBAN HERNANDEZ,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 70205

**FILED**

JUN 03 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:     Hon. Eric Johnson, District Judge
        Esteban Hernandez
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

16-17421